UNITED STATES BANKRUPTCY COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

In re:                                )
                                      )
    DERRICK L. JAMES          )    Chapter 7
                                      )
           Debtor.         )

*FILED at ___ O'clock & ___ min ___ M
NOV 26 2019
THERESE BRYTHOD, CLERK
United States Bankruptcy Court
Eastern District of Oklahoma*

## DECLARATION OF PRO SE ASSISTANCE

I, __DERRICK L. JAMES__, received free legal assistance in preparing my bankruptcy forms from the legal aid nonprofit Upsolve. Upsolve is a national legal aid nonprofit funded by the Legal Services Corporation and leading philanthropic foundations. It provides free Chapter 7 assistance for low-income debtors who need a fresh start but cannot afford counsel.

Upsolve is not my attorney. I am filing this case without a lawyer or "pro se." Because Upsolve has provided its services pro bono, Upsolve is **not a petition preparer under Section 110 of the Bankruptcy Code**, and Official Form 119 is not required and has not been provided.

✗ _[signature]_                  Date: 11-26-2019
Signature of Debtor 1, Filing Pro Se

Upsolve Contact Information:

TINA TRAN, MANAGING ATTORNEY

TINA@UPSOLVE.ORG

Case 19-81376    Doc 12    Filed 11/26/19    Entered 11/26/19 12:05:21    Desc Main
Document    Page 1 of 1