**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**

FILED at _____ O'clock & __ min __ M

MAR 0 5 2020

In Re:                         :    Case No. 19-81376

Debtor (s) DERRICK LEE JAMES     :    Chapter 7

PATRICK KEANEY, Acting Clerk
United States Bankruptcy Court
Eastern District of Oklahoma

Creditor (s) Commerce Bank         :    **MOTION TO DIMISS MOTION REDEEM**
Address    PO Box 419248           :    **PERSONAL PROPERTY AND APPROVAL**
          Kansas City, MO, 64179-0010   :    **OF ASSOCIATED FINANCING AND**
                                               :    **ATTORNEY FEES UNDER 11 U.S.C. 722**

Now come (s) the Debtor (s) through pro se filing, and moves the court to dismiss the motion to redeem personal property and approval of associated financing filed by the debtor January 13, 2020.

1. The motion to redeem personal property and approval of associated financing and attorney fees was filed January 13, 2020 on the following property:

     Year: 2015        Make: Mitsubishi        Model: Outlander Sport ES

     VIN # 4 A 4 A P 3 A U 9 F E 0 5 0 7 8 8

2. The debtor has decided to surrender the vehicle back to Commerce Bank when a discharge is ordered in the case.

3. **WHEREFORE,** the Debtor (s) request (s) the Court to dismiss the motion to redeem personal property and approval of associated financing and attorney fees.

Debtor (s) _____ [signature]

**NOTICE**

Notice is hereby given that unless an objection is made to this motion within 21 days following the date of service below, an order sustaining the motion may be granted by the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon: the Creditor's above noted, the U.S. Trustee, and the Chapter 7 Trustee by mailing a copy hereof by first class U.S. Mail on this __5__ day of __March__, 20 _20_.

Debtor (s) _____ [signature]